ORDER;

Motion granted.

John Bryant,
USMJ

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-00076 |
| | ) | Magistrate Judge Bryant |
| MEGAN JOHNSON | ) | |

**JOINT MOTION TO ACCEPT THE PARTIES' AGREEMENT
AS TO THE PETITION REGARDING NONCOMPLIANCE
WITH CONDITIONS OF PRETRIAL RELEASE WITHOUT A HEARING**

**COME NOW** the parties, by and through their respective undersigned counsel, and respectfully request that the Court accept and approve the parties' agreement as set forth below resolving the Petition regarding noncompliance with conditions of pretrial release in lieu of conducting the August 7, 2013 at 1:30 p.m. hearing on this matter. In support hereof, the parties state as follows:

1. Defendant Megan Johnson acknowledges and admits Violations 2 and 4 in the Petition for Action on Conditions of Pretrial Release. (Docket Entry 201). The government seeks to dismiss Violations 1 and 3 in the Petition for Action on Conditions of Pretrial Release. (Docket Entry 201). The parties agree and jointly recommend to the Court that Defendant Megan Johnson should continue on her current conditions of release without modification.

2. The parties respectfully request that the Court vacate the August 7, 2013 at 1:30 p.m. hearing and accept the parties' agreement as set forth above in this filing. In the event that the Court prefers that the parties appear for the scheduled hearing, AUSA Lynne Ingram will have another AUSA cover her appearance because she begins a lengthy jury trial on August 6, 2013, but the

1

parties will announce the same agreement set forth above at the hearing subject to the Court's approval.

**WHEREFORE**, based on the foregoing, the parties respectfully request that the Court accept and approve the parties' agreement resolving the allegations contained in the Petition, continue Defendant Megan Johnson on the same conditions of release without modification and vacate the August 7, 2013 hearing on the same.

Respectfully submitted,

| | | | |
|---|---|---|---|
| BY: | s/ Kimberly S. Hodde<br>KIMBERLY S. HODDE<br>Attorney for Defendant M. Johnson<br>HODDE & ASSOCIATES<br>40 Music Square East<br>Nashville, TN 37203 | BY: | s/ Lynne Ingram (with permission)<br>LYNNE INGRAM<br>Assistant United States Attorney<br>110 Ninth Avenue South<br>Suite A961<br>Nashville, TN 37203 |